JULIUS BIELECKI, APPELLANT, v. MAX HERTZ LEATHER COMPANY, RESPONDENT.

Submitted October 29, 1925—Decided February 1, 1926.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 375.

For the appellant, *Jacob L. Newman.*

For the respondent, *Joseph C. Paul.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, MIN-
TURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, GARD-
NER, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, JJ. 13.

*For reversal*—None.